UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                             No. C-12-0974 EMC (pr)

MICHANN MEADOWS,

          Plaintiff.                                **ORDER DENYING COUNSEL AND EXTENDING DEADLINE**
_____/

This action was opened on February 11, 2012, when the Court received from Michann Meadows a letter to Judge Henderson that concerned prison conditions. On that date, the Court notified Ms. Meadows in writing that her action was deficient in that she had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified her that this action would be dismissed if she did not submit a complaint within thirty days. Ms. Meadows thereafter filed a request for an extension of time to proceed in this case and for appointment of counsel.

A district court has the discretion under 28 U.S.C. §1915(e)(1) to designate counsel to represent an indigent civil litigant in exceptional circumstances. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). This requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. *See id.* Neither of these factors is dispositive and both must be viewed together before deciding on a request for counsel under § 1915(e)(1). Here, the Court cannot determine that there is any likelihood of success because Ms. Meadows has not filed a complaint alleging any claims. Even if she does file a complaint, the action likely will be transferred to the U.S. District Court for the Eastern District of California; this Court will not appoint counsel if the

action will be transferred to another district. (The Court cannot say with certainty whether a transfer will occur because there is no complaint on file; the Court predicts a transfer is likely based on the fact that Ms. Meadows' letter concerns events and omissions at one or both of the women's prisons in Madera County and therefore within the venue of the Eastern District of California.) Ms. Meadows' request for appointment of counsel is **DENIED**. Docket # 4.

Ms. Meadows' request for an extension of time to proceed is **GRANTED**. Docket # 4. Ms. Meadows must file a complaint and a completed *in forma pauperis* application no later than **June 29, 2012**. No extensions of this deadline should be expected. Failure to file a complaint and an *in forma pauperis* application (or to pay the filing fee) by the deadline will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: May 18, 2012

_____
EDWARD M. CHEN
United States District Judge

2